The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAY R. INSLEE, in his official capacity as Governor of the State of Washington; ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington,<br><br>Defendants. | NO. 3:23-cv-05626-BHS<br><br>DECLARATION OF WENDY YOMIKO "MIKO" NANTO |

I, WENDY YOMIKO NANTO, hereby declare the following:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge. My legal name is Wendy Yomiko Nanto but I use the name Miko in my work.

2. I am the Public Engagement Manger for the state of Washington Department of Health (DOH or the Department) Office of the Assistant Secretary (OAS), which is part of DOH's Environmental Public Health Program, where I have worked since 2020. I have a Master's Degree in Public Administration from the Evergreen State College.

3. I work with others to implement House Bill 1470, which sets minimum standards



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

for private detention facilities, and will supervise the team that will be taking complaints or concerns from the public or any persons detained at a private detention facility in Washington State. I am responsible for planning and implementing the complaint resolution team, determining processes for complaints, assisting with rulemaking, seeking out opportunities for collaboration, and assisting with the process for issuing penalties if non-compliance is found once DOH begins its work enforcing the law. DOH has not yet hired any enforcement staff and is at the very early stages of the rulemaking process.

4. HB 1470 emphasizes transparency with complaint findings. This will eventually include posting complaint data trends and inspection results on a DOH website accessible to the public.

5. As part of my work to implement HB 1470, I have receive complaints from detainees at the Northwest ICE Processing Center.

6. I have received thirty-one complaints from detainees inside the Northwest ICE Processing Center from a roughly six-week period from the last week of April 2023 through the first week of June 2023. The complaints are generally about lack of attention to medical needs, contaminated food, insufficient food, dirty clothes and bedding, mistreatment of detainees, and hunger strikes.

7. Detainees have complained about lack of attention to medical needs. Medical concerns reported include stroke, paralysis, heart conditions, internal bleeding, and asthma; detainees say these complaints were not addressed by the GEO Group. One detainee asked to be taken to the hospital, but was refused.

8. Detainees have complained that the food provided to them have contained foreign objects including burned plastic, metal string, rope, and splinters. The food is of low-quality and is typically soy-based meat substitutes made into tacos and served over pasta. A detainee on a medically-prescribed diet to include fruits and vegetables was refused such a diet. Detainees report the food is bad, smells bad, and that they do not receive enough to eat.



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

9. Detainees have complained they are unable to care for basic personal hygiene needs. They report their clothing, sheets, and blankets are rarely changed or laundered, and when laundered, are returned wet and dirtier than before. Clothing is not replaced; detainees have one change of clothes. Sheets caused itching. A detainee with mental health issues had soiled their clothing but was refused clean clothing by one of the guards.

10. Detainees have complained the facility is unsanitary; bathrooms are rarely cleaned, floors go unswept, and the facility smells like a dirty bathroom.

11. Detainees have also reported that solitary confinement is misused and they are being retaliated against by facility guards. A detainee was held in the medical unit in isolation for two weeks as punishment for failing to answer questions from the guards. Detainees have also reported guards retaliate against those who complain about conditions by making loud noises at night so that detainees cannot sleep.

12. To protest against their treatment and to bring awareness to their poor conditions, detainees have engaged in hunger strikes. They will refuse to eat and leave trays of food on the table.

13. Detainees have also reported that when there was a fire at the facility the fans were turned off and that when it is hot the fans are not turned on to keep the temperature tolerable.

I declare under the penalty of perjury under the laws of the United States and the State of Washington that the foregoing it true and correct.

SIGNED this 1st day of August 2023, at Tumwater, Washington.

MIKO NANTO
Public Engagement Manager
Washington State Department of Health



ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

## CERTIFICATE OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 7th day of August 2023, at Olympia, Washington.

*s/ Leena Vanderwood*
LEENA VANDERWOOD
*Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 570-3411
Leena.Vanderwood@atg.wa.gov