# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Washington - Western District at Tacoma

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 3:23-cv-05626-BHS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 07/13/2023

Date of judgment or order you are appealing: | 03/08/2023, 04/15/23

Docket entry number of judgment or order you are appealing: | 35, 42 (Grant PI)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ⦿ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jay Inslee, in his official capacity as the Governor of the State of Washington; and Robert Ferguson, in his official capacity as Attorney General of the State of Washington

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: | State: | Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** | s/Marsha Chien  **Date** | Apr 29, 2024

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1** | *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Jay Inslee, in his official capacity as Governor of the State of Washington; Robert Ferguson, in his official capacity as Attorney General of the State of Washington

Name(s) of counsel (if any):

Marsha Chien; Cristina Sepe

Address: | 1125 Washington Street SE, PO Box 40100, Olympia, WA  98504-0100

Telephone number(s): | 360-753-6200

Email(s): | Marsha.Chien@atg.wa.gov; Cristina.Sepe@atg.wa.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

The GEO Group, Inc.

Name(s) of counsel (if any):

Harry J.F. Korrell; John G. Hodges-Howell

Address: | 920 Fifth Avenue, Suite 3300, Seattle, WA  98104-1610

Telephone number(s): | 206-622-3150

Email(s): | harrykorrell@dwt.com; jhodgeshowell@dwt.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Jay Inslee, in his official capacity as Governor of the State of Washington; Robert Ferguson, in his official capacity as Attorney General of the State of Washington

Name(s) of counsel (if any):

Andrew R.W. Hughes

Address:   800 Fifth Avenue, Suite 2000, Seattle, WA  98104

Telephone number(s):  206-464-7744

Email(s):   andrew.hughes@atg.wa.gov

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

The GEO Group, Inc.

Name(s) of counsel (if any):

Scott Allyn Schipma; Joseph Negron, Jr.

Address:   4955 Technology Way, Boca Raton, FL  99431

Telephone number(s):  561-999-7615

Email(s):   scott.schipma@geogroup.com; jnegron@geogroup.com

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**        *2*        *New 12/01/2018*