The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| THE GEO GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JAY R. INSLEE, in his official capacity as Governor of the State of Washington; ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington,<br><br>    Defendants. | NO. 3:23-cv-05626-BHS<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT CONVERTING THE COURT'S PRELIMINARY INJUNCTION INTO A FINAL JUDGMENT |

    This Court has considered Plaintiff's Motion for Summary Judgment Converting the Court's Preliminary Injunction into a Final Judgment and the supporting declaration, Defendants' opposition thereto, the additional materials submitted by Plaintiff, the applicable law, and all the relevant portions of the record in this matter.

    The Court, finding itself fully informed, hereby DENIES Plaintiff's motion for a permanent injunction and final judgment.

    IT IS SO ORDERED this _____ day of _____ 2024.

THE HONORABLE BENJAMIN H. SETTLE
Senior United States District Judge

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT CONVERTING THE COURT'S PRELIMINARY INJUNCTION INTO A FINAL JUDGMENT
NO. 3:23-CV-05626-BHS

1

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

| | |
|---|---|
| 1 | Presented by: |
| 2 | ROBERT W. FERGUSON |
|   | *Attorney General* |
| 3 | |
| 4 | s/ Marsha Chien |
|   | MARSHA CHIEN, WSBA 47020 |
|   | CRISTINA SEPE, WSBA 53609 |
| 5 | *Deputy Solicitors General* |
|   | 1125 Washington Street SE |
| 6 | PO Box 40100 |
|   | Olympia, WA 98504-0100 |
| 7 | (360) 753-6200 |
|   | Marsha.Chien@atg.wa.gov |
| 8 | Cristina.Sepe@atg.wa.gov |
| 9 | ANDREW R.W. HUGHES, WSBA 49515 |
|   | *Assistant Attorney General* |
| 10 | 800 Fifth Avenue, Suite 2000 |
|   | Seattle, WA 98104 |
| 11 | (206) 464-7744 |
|   | Andrew.Hughes@atg.wa.gov |
| 12 | |
| 13 | *Attorneys for Defendants Governor Jay R. Inslee and Attorney General Robert W. Ferguson* |

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT CONVERTING THE
COURT'S PRELIMINARY INJUNCTION
INTO A FINAL JUDGMENT
NO. 3:23-CV-05626-BHS

2

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**CERTIFICATE OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System, which will serve a copy of this document upon all counsel of record.

DATED this 29th day of April 2024, at Olympia, Washington.

*s/ Kelsi Zweifel*
KELSI ZWEIFEL
   *Confidential Secretary/Paralegal*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-4111
Kelsi.Zweifel@atg.wa.gov

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT CONVERTING THE COURT'S PRELIMINARY INJUNCTION INTO A FINAL JUDGMENT
NO. 3:23-CV-05626-BHS

3

ATTORNEY GENERAL OF WASHINGTON
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200