UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS 

| | |
|---|---|
| THE GEO GROUP, INC., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JAY INSLEE, Governor and ROBERT FERGUSON, <br><br> Defendants - Appellants. | No. 24-2815 <br><br> D.C. No. 3:23-cv-05626-BHS <br> Western District of Washington, Tacoma <br><br> ORDER |

Before: W. FLETCHER, GOULD, and NGUYEN, Circuit Judges.

Appellants are directed to file a response to Appellee's Petition for Panel Rehearing and Petition for Rehearing En Banc, Dkt. No. 75, filed with this Court on September 16, 2025. The response shall comply with Ninth Cir. R. 40-1(a) and shall be filed within twenty-one (21) days of the date of this order.