UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE GEO GROUP, INC.,

      Plaintiff - Appellee,

  v.

JAY INSLEE, Governor and ROBERT
FERGUSON,

      Appellants.

No. 24-2815

D.C. No.
3:23-cv-05626-BHS

Western District of Washington,
Tacoma

MANDATE

The judgment of this Court, entered August 19, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT