The Honorable Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

THE GEO GROUP, INC.,

    Plaintiff,

  v.

ROBERT W. FERGUSON, in his official capacity as Governor of the State of Washington; NICHOLAS W. BROWN, in his official capacity as Attorney General of the State of Washington,

    Defendants.

No. 3:23-cv-05626-BHS

GEO GROUP, INC.'S STATUS REPORT

This Court's stay is appropriate and preserves judicial resources. The Ninth Circuit issued its decision and mandate, *see* Dkts. 51–52, but the finality of the interlocutory appeal is not yet decided. Eight judges of the Ninth Circuit issued a dissent from denial of rehearing en banc, writing that this Court's comparison of immigration detention facilities to state jails and prisons was "obviously right[,]" that "this case should have been easy[,]" and that "state destruction of federal operations is something the Supremacy Clause doesn't permit." *Geo Grp., Inc. v. Inslee*, 166 F.4th 1188, 1192–93 (9th Cir. 2026) (Bumatay, J., dissenting from the denial of rehearing en banc). On April 13, 2026, GEO filed an application to the Supreme Court for an extension to file a petition for a writ of certiorari in this matter. *See* Appl. for Extension of Time to File Cert. Pet., *Geo Grp., Inc. v. Ferguson*, No. 25A1145 (U.S. Apr. 13, 2026), https://www.su-premecourt.gov/DocketPDF/25/25A1145/404302/20260413143912019_1.%202026.04.13%20

GEO GROUP INC.'S STATUS REPORT
(3:23-cv-05626-BHS) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

GEO%20Group%20v%20Inslee%20Extension%20Application.pdf. The Supreme Court granted GEO's application, extending time to file its petition for a writ of certiorari to June 11, 2026. *See* Order, *Geo Grp., Inc. v. Ferguson*, No. 25A1145 (U.S. Apr. 16, 2026), https://www.supremecourt.gov/docket/docketfiles/html/public/25A1145.html. There will be a pending certiorari petition, and the Ninth Circuit's opinion is not a final resolution until the Supreme Court decides GEO's certiorari petition or the underlying merits of the case.

The same considerations that warranted a stay before apply with equal force now. Lifting the stay would invite full briefing and potentially a ruling on GEO's motion for a preliminary injunction and its intergovernmental immunity claim before the Supreme Court has provided final guidance. That course would serve no one: it would be inefficient for the Court, burdensome for the parties, and ultimately unnecessary.

DATED this 22nd day of April, 2026.

Davis Wright Tremaine LLP
Attorneys for Plaintiff The GEO Group, Inc.

By ___*s/ Harry Korrell*___
Harry J. F. Korrell, WSBA #23173
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Email: HarryKorrell@dwt.com

The GEO Group, Inc.

By ___*s/ Scott Schipma*___
Scott Schipma (Admitted *pro hac vice*)
4955 Technology Way
Boca Raton, FL 99431
Phone:  561-999-7615
Email: scott.schipma@geogroup.com

GEO GROUP INC.'S STATUS REPORT
(3:23-cv-05626-BHS) - 2