The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| THE GEO GROUP, INC., | NO. 3:23-cv-05626-BHS |
| Plaintiff, | ORDER GRANTING DEFENDANTS-COUNTERCLAIMANTS' MOTION FOR PRELIMINARY INJUNCTION [PROPOSED] |
| v. | |
| ROBERT W. FERGUSON, in his official capacity as Governor of the State of Washington; NICHOLAS W. BROWN, in his official capacity as Attorney General of the State of Washington, | NOTE ON MOTION CALENDAR: MAY 26, 2026 |
| | ORAL ARGUMENT REQUESTED |
| Defendants. | |

This matter came before the Court on Defendants-Counterclaimants' Motion for Preliminary Injunction. The Court has considered all of the following:

1.      Defendants-Counterclaimants' Motion for Preliminary Injunction;

        a.      Declaration of Joseph D. Laxson;

        b.      Declaration of Wendy Yomiko Nanto, and Exhibit A;

2.      Plaintiff's Response to Plaintiff State of Washington's Motion for Preliminary Injunction, and supporting materials, if any;

3.      Defendants' Reply in Support of Motion for Preliminary Injunction, and supporting materials, if any; and

4.      The entire record in the above-captioned matter.

ORDER GRANTING DEFENDANTS-
COUNTERCLAIMANTS' MOTION FOR
PRELIMINARY INJUNCTION [PROPOSED]
NO. 3:23-cv-05626-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Being fully apprised of the matter, now, therefore it is hereby ORDERED, ADJUDGED, AND DECREED that Defendants-Counterclaimants' Motion for Preliminary Injunction is hereby GRANTED. The GEO Group is hereby enjoined from denying or refusing access to its Tacoma facility by Washington Department of Health inspectors or otherwise interfering with the Department of Health's enforcement of Wash. Rev. Code § 70.395.050(2)(b). To ensure compliance, The GEO Group shall provide written notice of this Order within 48 hours to all employees employed at the Tacoma facility.

ISSUED this ____ day of _____ 2026.

_____
THE HONORABLE BENJAMIN H. SETTLE
U.S. District Court Judge

ORDER GRANTING DEFENDANTS-
COUNTERCLAIMANTS' MOTION FOR
PRELIMINARY INJUNCTION [PROPOSED]
NO. 3:23-cv-05626-BHS

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744

Presented by:

NICHOLAS W. BROWN
  *Attorney General*

*/s/ Andrew Hughes*
ELLEN RANGE, WSBA No. 51334
ANDREW HUGHES, WSBA No. 49515
MINA SHAHIN, WSBA No. 46661
  *Assistant Attorneys General*
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
Ellen.Range@atg.wa.gov
Andrew.Hughes@atg.wa.gov
Mina.Shahin@atg.wa.gov

MARSHA CHIEN, WSBA No. 47020
  *Worker Rights Unit Chief*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
Marsha.Chien@atg.wa.gov

CRISTINA SEPE, WSBA No. 53609
  *Deputy Solicitor General*
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
360-753-6200
Cristina.Sepe@atg.wa.gov

*Counsel for Defendants-Counterclaimants*

ORDER GRANTING DEFENDANTS-
COUNTERCLAIMANTS' MOTION FOR
PRELIMINARY INJUNCTION [PROPOSED]
NO. 3:23-cv-05626-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744