The Honorable Benjamin H. Settle

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

THE GEO GROUP, INC.,

          Plaintiff,

    v.

ROBERT W. FERGUSON, in his official capacity as Governor of the State of Washington; NICHOLAS W. BROWN, in his official capacity as Attorney General of the State of Washington,

          Defendants.

No. 3:23-cv-05626-BHS

GEO GROUP, INC.'S EMERGENCY REQUEST FOR STATUS CONFERENCE

This Court stayed this case "pending the appeal in this case" and asked the parties to "file a joint status report within 30 days of any decision by the Ninth Circuit informing this Court of the parties' respective positions on the effect of that decision on this case." Dkt. 51 at 4. The Court did not decide at that time whether "an additional stay i[s] necessary pending a decision in *Nwauzor*." *Id.* On April 21 and April 22, the parties filed separate status reports that informed the Court of their respective positions regarding the stay in this case, with GEO arguing the stay should remain in place pending its petition for certiorari following the eight-judge dissent from denial of rehearing en banc in the Ninth Circuit and Washington contending the stay should be lifted. *See* Dkts. 59, 60.

Without allowing the Court time to make a decision on the parties' positions on the stay, Washington immediately filed simultaneous motions to lift the stay, to amend their answer, and

GEO GROUP, INC.'S EMERGENCY REQUEST
FOR STATUS CONFERENCE (3:23-cv-05626-BHS) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

for preliminary injunction. *See* Dkts. 62–65. The noting dates of these simultaneous motions require GEO to draft and file a bevy of burdensome motions while the case is stayed, attempting unilaterally to force GEO and the Court into a *de facto* lift of the stay. The preliminary injunction motion is premature for the further reason that Washington has not even yet been granted leave to plead its counterclaim—not to mention that it is duplicative of the relief Washington seeks in the other case before this Court. *See Washington Dep't of Health v. The GEO Group, Inc.*, No. 3:24-cv-05639-BHS (W.D. Wash. Aug. 5, 2024), Dkt. 1-1 (Complaint). GEO intends to move to strike the motions to amend and for preliminary injunction without prejudice pending the Court's decision on whether to lift its stay, but the noting date of a motion to strike would still require GEO to file responses to Washington's substantive motions during the stay.

Because this case's posture is now inefficient and uncertain, GEO respectfully requests the Court schedule a status conference at the Court's earliest convenience to ensure this case proceeds in an orderly manner. GEO requests the Court clarify the scope and effect of the stay, including (i) whether any briefing, other than in response to the motion to lift the stay, is required while the stay remains in effect, and (ii) whether the remaining pending motions should be stricken without prejudice or re-noted after the stay is lifted. GEO further requests any additional direction the Court deems appropriate to ensure an orderly and efficient case management.

DATED this 30th day of April, 2026.

Davis Wright Tremaine LLP
Attorneys for Plaintiff The GEO Group, Inc.

By   *s/ Harry Korrell*
Harry J. F. Korrell, WSBA #23173
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Email: HarryKorrell@dwt.com

GEO GROUP, INC.'S EMERGENCY REQUEST
FOR STATUS CONFERENCE (3:23-cv-05626-BHS) - 2

The GEO Group, Inc.

By   *s/ Scott Schipma*
Scott Schipma (Admitted *pro hac vice*)
4955 Technology Way
Boca Raton, FL 99431
Phone:  561-999-7615
Email: scott.schipma@geogroup.com

GEO GROUP, INC.'S EMERGENCY REQUEST
FOR STATUS CONFERENCE (3:23-cv-05626-BHS) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax