UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE GEO GROUP, INC., | CASE NO. C23-5626 BHS |
| Plaintiff, | ORDER |
| v. | |
| ROBERT W. FERGUSON, in his official capacity as Governor of the State of Washington; NICHOLAS W. BROWN, in his official capacity as Attorney General of the State of Washington, | |
| Defendant. | |

THIS MATTER is before the Court on its review of the Ninth Circuit's Opinion and Mandate, Dkts. 54 and 57; on the parties' respective status reports, Dkts. 59 and 60; on the defendant State's motion to lift the stay and for leave to amend its answer, Dkt. 62; and on plaintiff GEO Group's request for an emergency status conference, Dkt. 66.

This Court stayed this case (on the State's motion) pending the Ninth Circuit's review of its Order, Dkt. 35, preliminarily enjoining enforcement of HB 1470:

> [A] stay is appropriate pending the Ninth Circuit's resolution of the State's interlocutory appeal in this case. The Court, however, does not decide at this

ORDER - 1

time whether an additional stay in necessary pending a decision in *Nwauzor*. The State's motion to stay, Dkt. 46, is accordingly **GRANTED in part** and the case is **STAYED** pending the appeal in this case.

Dkt. 51 at 4. The Ninth Circuit's opinion vacated this Court's injunction and remanded for further proceedings. Dkt. 54. It denied GEO's request that it stay its mandate pending GEO's petition for certiorari.

The Court did not stay this case until the expiration of all potential appellate remedies, and the Court views the stay as already dissolved upon the Ninth Circuit's mandate, Dkt. 57. The State's motion to lift the stay, Dkt. 62, is **DENIED** as moot. The implicit request that the stay remain in effect pending GEO's efforts to obtain certiorari is **DENIED**.

The Court will address the State's motion for leave to amend its answer to assert a counterclaim, Dkt. 62, **noted for May 19, 2026**, when the matter is fully briefed. The Court does not agree that the case's posture is inefficient or uncertain. GEO's request for a status conference to clarify the scope and effect of the stay, Dkt. 66, is **DENIED**. The Court will address the pending motions when they are fully briefed and ready for the Court's consideration.

IT IS SO ORDERED.

Dated this 4th day of May, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2