The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE GEO GROUP, INC.,

Plaintiff,

v.

ROBERT W. FERGUSON, in his official capacity as Governor of the State of Washington; NICHOLAS W. BROWN, in his official capacity as Attorney General of the State of Washington,

Defendants.

NO.  3:23-cv-05626-BHS

DECLARATION OF CASSIE SAUER IN SUPPORT OF DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION

I, CASSIE SAUER, hereby declare the following:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.    I serve as the President and Chief Executive Officer of the Washington State Hospital Association (WSHA). I have served in this role for 10 years. I have been in a leadership role at WSHA for 25 years. I have worked in the field of health care policy and access to health care in Washington State for over 30 years. I have a Master's Degree in Social Work and Public Policy.

3.    WSHA is an association with membership of all 114 hospitals in Washington State. Because WSHA serves all hospitals, we are able to see community-wide impacts of health care policy decisions and resulting health care system trends. Many decisions made by

DECLARATION OF CASSIE SAUER IN SUPPORT OF DEFENDANTS' MOTION FOR PRELIMINARY INJUNCTION NO. 3:23-CV-05626-BHS

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

others outside the hospital field have a direct impact on public health, communicable disease, and access to hospital care for all Washingtonians. WSHA therefore regularly comments on and provides expertise on issues of disease prevention and health access in the broader community.

4. WSHA has a particular focus on the safety and quality of patient care, has performed work as a federal and state contractor on care and safety improvement efforts, and has received national recognition for its work. WSHA has been instrumental in reducing deaths from sepsis, reducing premature baby deliveries, improving access to vaccines, reducing pneumonia, and improving access to care earlier in the course of an illness. Preventing illness and keeping people safe within congregate facilities such as hospitals and skilled nursing facilities are areas of expertise of the state hospital association.

5. Staff at Washington hospitals have extensive medical training, expertise in infectious disease control, and long experience providing high-quality care. Even with this significant professional background of their staff, Washington State hospitals are regularly surveyed, inspected and/or investigated by the Washington State Department of Health for issues relating to safety and quality of facilities, patients and the care they receive. In the course of these surveys, the DOH regularly provides expert advice about improving the safety of the hospital setting and of the care provided within hospitals.

6. WSHA and its members have confidence in our state Department of Health, its expertise in facilities inspections, and believe the assistance they provide to the safety of congregate care facilities, including hospitals, is essential to protect the health of the public. We believe strongly that facilities providing health care, residential care, psychiatric care, detention, or incarceration must be inspected regularly and thoroughly for the protection of those in care as well as the broader community.

7. WSHA gained particular expertise during the COVID-19 pandemic about congregate and crowded settings. The first cases of COVID-19 in America were diagnosed

DECLARATION OF CASSIE SAUER IN
SUPPORT OF DEFENDANTS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 3:23-CV-05626-BHS

2

in a congregate care senior facility in our state. We quickly learned about the community health perils of congregate care settings. We also learned that special focus on disease prevention and excellent health care access in congregate settings is essential. We consulted regularly with multiple types of congregate care settings, including behavioral health hospitals and residential treatment facilities, about how to stop the spread of infectious disease and protect people being served and the staff serving them. Public health, disease prevention, and access to care issues in congregate care settings are material to all Washingtonians, including those who do not reside in congregate care settings because of the potential impact on the broader community.

8.     Detention centers are congregate care centers. They house many people from different communities in a single location. Detention centers are often more crowded than other types of congregate care settings and therefore bring higher health risks.

9.     All congregate care settings by their nature create high risk for the spread of infectious disease. As an example, Washington State and the nation are currently experiencing a rise in measles cases. Measles is highly contagious and a serious illness. If a detainee has or develops measles in the detention center, the impacts could be widespread for detainees, staff, and the broader community as measles will undoubtedly spread and reach the community. The Department of Health brings its public health expertise to its inspections to prevent or stop the spread of infectious disease.

10.     WSHA also has concerns about policies of detention centers that restrict or delay access to health care, resulting in worsening health conditions. Delaying needed care almost always results in conditions that are more challenging to treat and more likely to require emergency services or inpatient hospitalization. Delayed care is more complicated and resource-intensive care. When patients come to the hospital later than they should have, it not only has a negative effect on the patient's immediate and long-term health status but also stresses the health care system. It is mentally and physically challenging for providers to take

DECLARATION OF CASSIE SAUER IN
SUPPORT OF DEFENDANTS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 3:23-CV-05626-BHS

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

care of patients who have not gotten the care they need. Patients in more serious conditions can also delay care for other patients in emergency rooms because these more complex cases must be seen first, affecting all people in the community.

11. Washington State's hospitals are almost always full. Washington has one of the lowest numbers of inpatient hospital beds per capita in the nation.[i] Any institution that serves many people and routinely delays access to or provision of care, leading to a need for hospital care, will only contribute to this crisis.

12. Mental health concerns are also prevalent in detention centers. The uncertainty and stress of detention can lead to depression, anxiety, self-harm and potential suicide. Washington hospitals are already struggling to deal with demand for mental health care.[ii] Delaying access to mental health care for detainees who may then need hospital-level care will worsen this issue.

13. Chronic disease management issues are also a major concern in detention facilities. Detainees who live with diabetes, asthma, cancer or hypertension may not receive consistent medication, monitoring, or appropriate diets. These interruptions in care will lead to complications and could lead to irreparable harm if people experience strokes, cardiac arrest, asthma attacks, worsening cancers, kidney failure, or many other issues. In addition, regular care for people with chronic disease keeps them out of the hospital; delaying or denying regular care puts further pressure on Washington's hospitals.

14. Detainees' inadequate or delayed access to care impacts not only the detainee but it also impacts access to care for other Washingtonians. As hospitals fill and emergency rooms are stretched, all of us will experience the impact. This has the potential to lead to irreparable harm for many in Washington, not only the detainees, as health care facilities are challenged to serve the many patients in our state who need care.

DECLARATION OF CASSIE SAUER IN
SUPPORT OF DEFENDANTS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 3:23-CV-05626-BHS

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

SIGNED this 7th day of May 2026, at Seattle, Washington.

*[signature]*

CASSIE SAUER
CEO, Washington State Hospital Association

---

[i] https://mynorthwest.com/local/wash-hospitals-capacity-crisis-worst-state-country/3932619]
[ii] https://challengeseattle.com/emergency-rooms-at-the-epicenter

DECLARATION OF CASSIE SAUER IN
SUPPORT OF DEFENDANTS' MOTION
FOR PRELIMINARY INJUNCTION
NO. 3:23-CV-05626-BHS

5