The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

THE GEO GROUP, INC.,

                    Plaintiff,

     v.

ROBERT W. FERGUSON, in his official
capacity as Governor of the State of
Washington; NICHOLAS W. BROWN, in his
official capacity as Attorney General of the
State of Washington,

                    Defendants.

---

ROBERT W. FERGUSON, in his official
capacity as Governor of the State of
Washington; NICHOLAS W. BROWN, in his
official capacity as Attorney General of the
State of Washington,

                    Counterclaim-Plaintiffs,
     v.

THE GEO GROUP, INC.,

                    Counterclaim-Defendant.

No. 3:23-cv-05626-BHS

**NOTICE OF APPEAL;**
**REPRESENTATION STATEMENT**

**PRELIMINARY INJUNCTION**
**APPEAL**

THE GEO GROUP, INC.'S NOTICE OF APPEAL
(3:23-cv-05626-BHS)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff and Counterclaim-Defendant The GEO Group, Inc. ("GEO") hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order entered on July 9, 2026, (Dkt. 95), which granted Defendants and Counterclaim-Plaintiffs' motion for a preliminary injunction (Dkt. 63) and entered a preliminary injunction against GEO, together with all orders and rulings that merge into, or are properly reviewable with, that Order.

This appeal is a preliminary injunction appeal within the meaning of Ninth Circuit Rule 3-3 and is taken pursuant to 28 U.S.C. § 1292(a)(1). The filing fee required by 28 U.S.C. § 1913 and Federal Rule of Appellate Procedure 3(e) is being paid concurrently with this Notice.

**REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2, the undersigned state that Plaintiff and Counterclaim-Defendant The Geo Group, Inc. is the appellant in this matter. Defendant and Counterclaim-Plaintiffs Robert W. Ferguson and Nicholas W. Brown are the appellees. The parties are represented by the following attorneys of record:

Attorneys for Plaintiff and Counterclaim-Defendant The Geo Group, Inc.:

Harry J. F. Korrell, WSBA No. 23173
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone:  206.622.3150
Email:  harrykorrell@dwt.com

Scott Schipma (Admitted *pro hac vice*)
4955 Technology Way
Boca Raton, FL 33431
Phone:  561-999-7615
Email: scott.schipma@geogroup.com

Attorneys for Defendant and Counterclaim-Plaintiffs Robert W. Ferguson and Nicholas W. Brown:

Marsha Chien, WSBA No. 47020
Worker Rights Unit Chief
Worker Rights Unit
800 Fifth Avenue, Suite 2000

THE GEO GROUP, INC.'S NOTICE OF APPEAL
(3:23-cv-05626-BHS) - 2

Seattle, WA 98104
(206) 464-7744
Marsha.Chien@atg.wa.gov

Cristina Sepe, WSBA No. 53609
Deputy Solicitor General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100
(360) 753-6200
Email: Cristina.Sepe@atg.wa.gov

Ellen Range, WSBA No. 51334
Andrew Hughes, WSBA No. 49515
Mina Shahin, WSBA No. 46661
Assistant Attorneys General
Complex Litigation Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 464-7744
Email: Ellen.Range@atg.wa.gov
Email: Andrew.Hughes@atg.wa.gov

Lilia Lopez, No. WSBA 22273
Senior Counsel
Agriculture and Health Division
1125 Washington Street SE
Olympia, WA 98504-0100
(360) 586-6500
Email: Lilia.Lopez@atg.wa.gov

DATED this 13th day of July, 2026.

Davis Wright Tremaine LLP
*Attorneys for Plaintiff*

By */s/ Harry J. F. Korrell*
Harry J. F. Korrell, WSBA No. 23173
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Phone: 206.622.3150
Email: harrykorrell@dwt.com


*/s/ Scott Allyn Schipma*
Scott Allyn Schipma, (Admitted *pro hac vice*)
4955 Technology Way
Boca Raton, FL 99431
Phone: 561.999.7615
Email: scott.schipma@geogroup.com

THE GEO GROUP, INC.'S NOTICE OF APPEAL
(3:23-cv-05626-BHS) - 3