UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE GEO GROUP, INC.,

                    Plaintiff,

        v.

ROBERT W. FERGUSON, in his
official capacity as Governor of the State
of Washington; NICHOLAS W.
BROWN, in his official capacity as
Attorney General of the State of
Washington,

                    Defendant.

CASE NO. C23-5626 BHS

ORDER

THIS MATTER is before the Court on plaintiff GEO Group's emergency motion, Dkt. 97, to extend the stay of this Court's preliminary injunction Order, Dkt. 95.

On July 9, 2026, the Court issued an Order requiring GEO to admit State Department of Health inspectors to the Tacoma facility to enforce RCW 70.395.050(2), except with respect to ICE-controlled areas. Dkt. 95. The Court imposed a stay for 14 days to allow the parties the opportunities to appeal.

ORDER - 1

GEO seeks to extend the stay pending appeal. Dkt. 97. It maintains arguments thoroughly briefed by the parties and addressed by the Court in its prior Order, Dkt. 95. The Court remains unpersuaded that allowing State health inspectors into the facility will irreparably harm GEO.

The Court delayed the effective date of the injunction until July 23, 2026, to allow GEO sufficient opportunity to raise these issues in the Ninth Circuit. It did not intend to, and will not, stay the injunction until the appellate process is complete. On that issue, the Court defers to the Ninth Circuit.

GEO's motion for an extension of stay, Dkt. 97, is **DENIED**.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2