# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

July 16, 2026

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

     Re:  The GEO Group, Inc.
         v. Bob Ferguson, Governor of Washington, et al.
         No. 26-71
         (Your No. 24-2815)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 10, 2026 and placed on the docket July 16, 2026 as No. 26-71.

Sincerely,

**Scott S. Harris**, Clerk

by

Brianca Smith
Case Analyst