UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 22 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WASHINGTON DEPARTMENT OF HEALTH,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>THE GEO GROUP, INC.,<br><br>Defendant - Appellant. | No. 26-4450<br><br>D.C. No.<br>3:24-cv-05639-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |
| THE GEO GROUP, INC.,<br><br>Plaintiff-ctr-defendant-Appellant,<br><br>v.<br><br>JAY R. INSLEE and ROBERT W. FERGUSON,<br><br>Defendant-ctr-claimants - Appellees. | No. 26-4454<br><br>D.C. No.<br>3:23-cv-05626-BHS<br>Western District of Washington, Tacoma<br><br>ORDER |

The following schedule will govern the pending motions for a stay pending appeal in these consolidated appeals:

The response to the emergency motions is due August 5, 2026. The optional reply in support of the emergency motions is due August 7, 2026

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT